# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X
DOROTHY NESKE and CHRISTOPHER NESKE,
as Parents and Natural Guardians of AN., and
DOROTHY NESKE and CHRISTOPHER NESKE,
Individually,

                          Plaintiffs,                  22 **CIVIL** 6946 (AT)

     -against-                                    **JUDGMENT**

DAVID C. BANKS, in his Official Capacity, as
the Chancellor of the New York City Department
of Education, and the NEW YORK CITY
DEPARTMENT OF EDUCATION,

                         Defendants.
-------------------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 26, 2024, Defendants' motion for summary judgment is GRANTED, and Plaintiffs' motion for summary judgment is DENIED; accordingly, the case is closed.

**Dated:** New York, New York
          March 27, 2024

                                                     **RUBY J. KRAJICK**
                                                      _____
                                                        **Clerk of Court**

                            **BY:**
                                                     _____
                                                       **Deputy Clerk**